**SO ORDERED.**
**SIGNED this 21st day of May, 2013**

THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.

_____
Richard Stair Jr.
UNITED STATES BANKRUPTCY JUDGE

_____

### IN THE UNITED STATES BANKRUPTCY COURT FOR THE
### EASTERN DISTRICT OF TENNESSEE

IN RE:    Jimmy & Jacqulynn Fraker          NO:  11-30745
                                            Chapter 13

### AGREED ORDER RESOLVING TRUSTEE'S MOTION TO DISMISS

This matter came upon the Motion to Dismiss filed by the Chapter 13 Trustee.

Debtor(s) shall continue plan payments in the amount of $1,241.00 month October through March of each year and $1,366.00 per month April through September each year due to seasonal income increase.  The plan payment shall be paid by direct pay.

In the event that the Debtor(s) fail to make a Chapter 13 plan payment, upon certification of such failure by the Chapter 13 Trustee, the debtor(s) Chapter 13 may be dismissed without further notice or hearing.

If the Debtor(s) is delinquent in plan payments at the time of tax intercept, then the entire tax refund/credit shall be paid into the plan with the Debtor(s)' portion of the refund applied to the plan arrearage and the balance, if any, refunded to the Debtor(s).

.    Accordingly, this Order is dispositive of the Trustee's Motion to Dismiss.

# # #

APPROVED FOR ENTRY:

/s/ Cynthia T. Lawson
Cynthia T. Lawson, #018397
Bond, Botes & Lawson, P.C.
Attorney for Debtor(s)
6704 Watermour Way
Knoxville, TN 37912
(865) 938-0733

GWENDOLYN M. KERNEY, #07280
Chapter 13 Trustee
PO Box 228
Knoxville, TN 37901
(865) 524-4995